# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00399-CV

**Law Office of Larry Laden, Larry Laden, P.C.; Larry Laden, Individually; and Clay Boulware, Individually, Appellants**

**v.**

**Alysa Baker, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-13-010495, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a joint motion for remand, explaining that they have settled their dispute. The parties ask this Court to remand this case to the trial court in order to effectuate their settlement agreement, a copy of which has been filed with the Clerk of this Court. We grant the motion and abate the appeal until December 19, 2014. *See* Tex. R. App. P. 42.1(a)(2)(C). On or before this date, the parties shall file (1) a motion to reinstate and dismiss this appeal, or (2) a joint report concerning the status of the appeal along with a request for an extension of the abatement.

Before Justices Puryear, Pemberton, and Field

Abated and Remanded

Filed: November 21, 2014